UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Carl Hunter E Treasurer Trustee
For The World USA,

    Plaintiff,

v.                                      Case No. 15-12576

Linda V. Parker,                      Honorable Sean F. Cox

    Defendant.
_____/

## ORDER REGARDING JURISDICTION

Acting *pro se*, Plaintiff Carl Hunter E Treasurer Trustee for the World USA, ("Plaintiff") filed this action against United States District Court Judge Linda V. Parker on July 21, 2015.

In an Order issued on July 23, 2015, this Court granted Plaintiff's application to proceed *in forma pauperis* in this action and, under this Court's screening obligation in 28 U.S.C. § 1915(b)(2), *sua sponte* dismissed this case because Plaintiff's complaint consists of an illegible and incoherent stream of words, names, and legal phrases. Even with a liberal reading of the allegations in Plaintiff's complaint, this Court was unable to discern any claims with a rational or arguable basis in law.

On July 29, 2015 – without having been granted permission to do so and after this Court had already dismissed this action – Plaintiff purported to file an amended complaint.

On July 29, 2015, Plaintiff also filed a Notice of Appeal, indicating that he wishes to appeal this Court's dismissal of his claim. "As a general rule the filing of a notice of appeal divests the district court of jurisdiction and transfers jurisdiction to the court of appeals." *Cochran v. Birkel*,

1

651 F.2d 1219, 1221 (6th Cir. 1981). Accordingly, this Court now lacks jurisdiction over this action as jurisdiction is now with the United States Court of Appeals for the Sixth Circuit.

As such, this Court concludes that it **LACKS JURISDICTION** over Plaintiff's August 31, 2015 Request for Appointment of Counsel, and Plaintiff's September 15, 2015 Motion to Appoint Counsel, and any similar motions Plaintiff may file in this action.

**IT IS SO ORDERED.**

Dated: September 22, 2015

s/ Sean F. Cox
Sean F. Cox
U. S. District Judge

I hereby certify that on September 22, 2015, the foregoing document was served on Carl Hunter via First Class mail at the address below:

Carl E. Hunter
401 W. Bishop
Flint, MI 48505

s/ J. McCoy
Case Manager